JUDGE COAR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE COX

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07CR 0850 |
| | ) | |
| vs. | ) | Violation: Title 18, United States Code, Section 513(a) |
| | ) | |
| CLIFFORD S. PARZYGNAT | ) | |

FILED
DEC 1 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

<u>COUNT ONE</u>

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

On or about November 6, 2003, at Chicago, in the Northern District of Illinois, Eastern Division,

CLIFFORD S. PARZYGNAT,

defendant herein, with the intent to deceive another, did knowingly make, possess, and utter a forged and counterfeit security of an organization, namely, a certified check payable to Smith, Kruse, & Nicolau in the amount of $35,500.00 which certified check purported to be issued by Bank One, 6300 S. Kingery Highway, Willowbrook, Illinois, which was an entity that operated in and the activities of which affected interstate commerce;

In violation of Title 18, United States Code, Section 513(a).

## COUNT TWO

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about December 18, 2003, at Chicago, in the Northern District of Illinois, Eastern Division,

**CLIFFORD S. PARZYGNAT,**

defendant herein, with the intent to deceive another, did knowingly make, possess, and utter a forged and counterfeit security of an organization, namely, a certified check payable to Smith, Kruse, & Nicolau in the amount of $39,050.00 which certified check purported to be issued by Suburban Bank and Trust, 150 E. Butterfield Road, Elmhurst, Illinois, which was an entity that operated in and the activities of which affected interstate commerce;

In violation of Title 18, United States Code, Section 513(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY