UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

07CR 0850 DEC 18 2007
MAGISTRATE JUDGE COX
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED — Felony

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)
   ☐ Criminal Antitrust ........ (II)
   ☐ Bank robbery ........... (II)
   ☐ Post Office Robbery ...... (II)
   ☐ Other Robbery .......... (II)
   ☐ Assault ............... (III)
   ☐ Burglary .............. (IV)
   ☐ Larceny and Theft ....... (IV)
   ☐ Postal Embezzlement ..... (IV)
   ☐ Other Embezzlement ..... (III)

   ☐ Income Tax Fraud .......... (II)
   ☐ Postal Fraud ............. (II)
   ☒ Other Fraud ............. (III)
   ☐ Auto Theft .............. (IV)
   ☐ Transporting Forged Securities .. (III)
   ☐ Forgery ................ (III)
   ☐ Counterfeiting ........... (III)
   ☐ Sex Offenses ............ (II)
   ☐ DAPCA Marijuana ......... (III)
   ☐ DAPCA Narcotics ......... (III)

   ☐ DAPCA Controlled Substances ... (III)
   ☐ Miscellaneous General Offenses ... (IV)
   ☐ Immigration Laws ............ (IV)
   ☐ Liquor, Internal Revenue Laws .... (IV)
   ☐ Food & Drug Laws ............ (IV)
   ☐ Motor Carrier Act ............ (IV)
   ☐ Selective Service Act ......... (IV)
   ☐ Obscene Mail ............... (III)
   ☐ Other Federal Statutes ........ (III)
   ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.

    18 U.S.C. § 513(a)

    _____
    Assistant United States Attorney