Minute Order Form (rev. 4/99)

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**

MAGISTRATE JUDGE COX

07CR 0850

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 04 GJ 118 | DATE | DECEMBER 18, 2007 |
| CASE TITLE | US v. CLIFFORD S. PARZYGNAT | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the ___SPECIAL AUGUST 2006-1___ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge ___Sidney I. Schenkier___

**Docket Entry:**

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT THE DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

# RECEIVED

DEC 18 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#