## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 850 | **DATE** | 12/27/2007 |
| **CASE TITLE** | U.S.A. vs. Clifford S. Parzygnat | | |

**DOCKET ENTRY TEXT**

(Defendant Clifford S. Parzygnat only).  Arraignment and plea held on 12/27/2007.  Defendant is informed of his rights.  Defendant enters a plea of not guilty to all Counts in the indictment.  Rule 16.1(A) conference to be held by 1/7/2008.  Pretrial motions to be filed by 1/17/2008.  Responses to the motions to be filed by 2/7/2008.  Status hearing set for 2/18/2008 at 9:45 a.m. before Judge Coar.  Time is excluded pursuant to 18 USC §3161(h)(1)(F) without objections.  Defendant released on bond.  (X-T).

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | SB |
|---|---|---|