IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | 07 CR 850 |
| VS ) | Honorable Judge Coar |
| ) | |
| ) | |
| CLIFFORD S. PARZYGNAT ) | |
| ) | |
| Defendant. ) | |

## MOTION TO EXTEND TIME
## TO FILE PRE-TRIAL MOTIONS

**NOW COMES** the Defendant, Clifford S. Parzygnat, by and through his Attorney, Steven C. Rueckert, and moves this Honorable Court to extend the time to file pre-trail motions which is currently set for January 17.

**IN SUPPORT** thereof the Defendant states as follows.

1. The date for filling pre-trial motions was set by the Magistrate for January 17, 2008.

2. Defense counsel has been provided extensive discovery that includes several financial documents.

3. Defendant needs additional time to investigate several of the documents tendered.

4. Defendant should be able to file pre-trial motions by January 28.

5. The government does not object.

WHEREFORE the Defendant respectfully requests an extension of ten (10) days in which to file pre-trial motions.

Respectfully submitted,

_____
STEVEN C. RUECKERT
Attorney for Defendant

**STEVEN C. RUECKERT**
<u>Attorney at Law</u>
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois  60604
Bus:  (312) 427-6464
Fax:  (312) 427-1215