IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 07 CR 850 |
| ) | |
| VS ) | Honorable Judge Coar |
| ) | |
| CLIFFORD S. PARZYGNAT, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

To:   **Rick Young**
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300

**PLEASE TAKE NOTICE** that on Monday, January 14, 2008, I caused to be filed with the Clerk of the Northern District of Illinois, Eastern Division, Chicago, Illinois, the attached DEFENDANT'S MOTION FOR EXTENSION.

## PROOF OF SERVICE BY MAIL

I, Steven C. Rueckert, an attorney, certify under penalties of perjury as approved by law pursuant to Ill.Rev.Stat.Ch.110, par.1-109, that on 01/14/08 I served the above and foregoing Motion, on the persons shown above at the address shown therein by depositing same via-hand delivered to same.

Respectfully submitted,

_____
**STEVEN C. RUECKERT**
Attorney at Law
53 West Jackson Blvd. - Suite 1410
Chicago, Illinois   60604
(312) 427-6464   Office
(312) 427-1215   Fax