**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                              Case No.: 1:07−cr−00850
                                                                Honorable David H. Coar

Clifford S. Parzygnat
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 18, 2008:

    MINUTE entry before Judge David H. Coar :Defendant's Motion to extend time to file pretrial motions [9] is granted. Pretrial motions to be filed by 2/1/2008. Responses to the motions to be filed by 2/11/2008. Hearing on Motions and Status hearing reset for 2/26/2008 at 09:30 AM. Time is excluded through and including 2/26/2008 pursuant to 18 USC §3161(h)(1)(F). Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.