## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 850-1 | **DATE** | 2/26/2008 |
| **CASE TITLE** | U.S.A. vs. Clifford S. Parzygnat | | |

**DOCKET ENTRY TEXT:**

Status hearing held on 2/26/2008. 404(b) materials, *Brady, Jencks, Gigilo* materials, and any other disclosures to be provided by 4/17/2008. All Pretrial list of witnesses to be filed by 4//17/2008. Proposed Jury instructions, voir dire questions and summary of indictment to be submitted/filed on or before 4/17/2008. Further Status hearing set for March 26, 2008 at 9:30 a.m. Parties may call the Courtroom Deputy to schedule a change of plea. Status before the trial set for 5/1/2008 at 9:30 a.m. Trial set for May 5, 2008 at 10:00 a.m. Pursuant to 18:3161(h)(8)(A)(B), time is excluded through and including 3/26/2008 (X-T).

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|