# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 850 | **DATE** | 4/3/2008 |
| **CASE TITLE** | USA vs. Clifford s. Parzygnat | | |

**DOCKET ENTRY TEXT:**

Change of Plea Hearing held on 4/3/2008. Defendant appeared with attorney. Defendant withdraws not guilty plea and enters a plea of guilty to Count 2 of the indictment. The Court finds that the defendant is competent, after a lengthy colloquy as to the defendant's rights, to enter into the plea agreement. The Court accepts the plea and enters a Judgment of guilty to Count 2 of the indictment. Order cause referred to the Probation Office for presentence investigation. Sentencing hearing is set for June 30, 2008 at 9:30 a.m. Any upcoming status hearings or other dates/deadlines are stricken and terminated. Defendant's bond to remain in place pending futher order.

Docketing to mail notices.

30 minutes

| | Courtroom Deputy | PAMF |
|---|---|---|