UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                           Case No.: 1:07−cr−00850
                                                             Honorable David H. Coar

Clifford S. Parzygnat
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 15, 2008:

   MINUTE entry before the Honorable David H. Coar:This matter came before the Court on 9/15/2008 for a sentencing hearing and the case was continued for the defendant to obtain verification of dates for certain medical procedures. Sentencing continued to 10/21/2008 at 09:30 AM. Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.